UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61017-CIV-MORENO/O'SULLIVAN

REALBIZ MEDIA GROUP, INC.,

    Plaintiff/Counterclaim Defendant,

v.

MONAKER GROUP, INC.,

    Defendant/Counterclaim Plaintiff.

_____/

## ORDER

THIS MATTER comes before the Court on the Defendant Monaker Group, Inc.'s Motion for Rule 11 Sanctions (DE# 45, 11/7/16). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b) for a report and recommendation. See Order of Reference (DE# 16, 9/19/11). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendant Monaker Group, Inc.'s Motion for Rule 11 Sanctions (DE# 45, 11/7/16) is **DENIED without prejudice** to re-file, if appropriate, after the Court rules on the plaintiff's summary judgment motion.

DONE AND ORDERED in Chambers at Miami, Florida this **21st** day of November, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Moreno
All Counsel of Record