UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CV-61017-MORENO/O'SULLIVAN

REALBIZ MEDIA GROUP, INC.,

    Plaintiff/Counter-Defendant,

v.

MONAKER GROUP, INC.,

    Defendant/Counter-Plaintiff.
_____/

## NOTICE OF FILING IN SUPPORT OF REALBIZ MEDIA GROUP, INC'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S MISTAKE AFFIRMATIVE DEFENSE, AND RENEWED MOTION FOR FINAL SUMMARY JUDGMENT

COMES NOW, Plaintiff/Counter-Defendant, REALBIZ MEDIA GROUP, INC., (hereinafter "Plaintiff") by and through its undersigned counsel, hereby gives notice of filing the following documents in support of REALBIZ MEDIA GROUP, INC'S Motion for Summary Judgment on Defendant's Mistake Affirmative Defense, and Renewed Motion for Final Summary Judgment [DE 82].

1. The transcript of the Deposition of Bill Kerby, taken October 13, 2017; and
2. The Affidavit of Omar Jimenez dated November 3, 2017.

The undersigned attorney, hereby certifies that the contents of the foregoing may be considered by this Court for all pending motions and for use at the time of trial.

Dated: November 10, 2017

                                        Respectfully Submitted,

                                        /s/ John Cody German
                                        John Cody German, Esq.
                                        Fla. Bar No.: 058654
                                        COLE, SCOTT & KISSANE, P.A.

Case No. 16-CV-61017-FAM

9150 South Dadeland Blvd., Suite 1400
Miami, Florida 33156
Telephone:(786) 268-6415
Facsimile: (305) 373-2294
Cody.German@csklegal.com

-and-

Brian M. Torres, Fla. Bar No. 36498
BRIAN M. TORRES, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL  33131
Tel: (305) 901-5858
Fax: (305) 901-5874
btorres@briantorres.legal

*Counsel for Plaintiff/Counter-Defendant,
REALBIZ MEDIA GROUP, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or via electronic mail or first class U.S. mail if electronic mail is unavailable, for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John Cody German
John Cody German, Esq.
Fla. Bar No.: 058654
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, Florida 33156
Telephone:(786) 268-6415
Facsimile: (305) 373-2294
Cody.German@csklegal.com
*Counsel for Plaintiff, REALBIZ MEDIA GROUP, INC.*

Case No. 16-CV-61017-FAM

## SERVICE LIST

**Brian M. Torres, Esq.**
BRIAN M. TORRES, P.A.
One S.E. Third Avenue, Suite 3000
Miami, FL  33131
Telephone: (305) 901-5858
Facsimile: (305) 901-5874
btorres@briantorres.legal
*Counsel for Plaintiff/Counter-Defendant,*
*REALBIZ MEDIA GROUP, INC.*

**Jose A. Loredo, Esq.**
**Steven M. Blickensderfer, Esq.**
CARLTON FIELDS JORDEN BURT, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
jloredo@carltonfields.com
sblickensderfer@carltonfields.com
*Counsel for Defendant/Counter-Plaintiff*
*MONAKER GROUP, INC.*